## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 2:06CR12** |
| | ) | |
| vs. | ) | |
| | ) | |
| 1) **RUSSELL LEE FRANKS,** | ) | |
|     A.K.A. "WOLFMAN," | ) | |
| 2) **ADRIAN JERELD FREEMAN,** | ) | |
|     A.K.A. "A.J.," | ) | |
| 3) **MICHAEL EUGENE CLARK,** | ) | |
|     A.K.A. "MIKEY," | ) | |
|     A.K.A. "GOD," | ) | |
| 4) **MICHAEL DENNIS HERBERT,** | ) | |
|     A.K.A. "MIKE," | ) | |
| 5) **MICHAEL DAVID MEADOWS,** | ) | |
| 6) **ANTHONY KEITH GREEN,** | ) | |
| 7) **LORI JOAN FREAS,** | ) | |
|         **Defendants.** | ) | |

## ORDER OF DISMISSAL OF CHEVROLET CAMARO

**THIS MATTER** is before the Court on motion of the United States to dismiss the forfeiture of **One 1998 Chevrolet Camaro VIN 2G1FP22K0W2101846**.

There being no response or objections to the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the forfeiture action against **One 1998 Chevrolet Camaro VIN 2G1FP22K0W2101846** is hereby **DISMISSED**.

Signed: April 25, 2007

Lacy H. Thornburg
United States District Judge